# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                    §
                                          §
Troy Jerome Arneson                       §        Case No. 12-06806
                                          §
                    Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

                Funds were disbursed in the following amounts:

                Payments made under an interim
                disbursement
                Administrative expenses
                Bank service fees
                Other payments to creditors
                Non-estate funds paid to 3rd Parties
                Exemptions paid to the debtor
                Other payments to the debtor

                Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was              . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $          [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Joji Takada_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case 12-06806 Doc 27 Filed 01/29/13 Entered 01/29/13 11:43:10 Desc Main
Document Page 3 of 9

**FORM 1**
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
**ASSET CASES**

Exhibit A

| Case No: | 12-06806 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada |
| Case Name: | Troy Jerome Arneson | | | | Date Filed (f) or Converted (c): | 02/23/2012 (f) |
| | | | | | 341(a) Meeting Date: | 03/19/2012 |
| For Period Ending: | 12/19/2012 | | | | Claims Bar Date: | 06/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered<br>(FA)/<br>Gross Value of<br>Remaining<br>Assets |
| 1. 110 Mary Street Oswego, Il 60543 - (Debtors Primary Residenc | 140,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account With Bank Of America | 100.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods; Tv, Dvd Player, Tv Stand, Stereo, Sofa, Vac | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Books, Compact Discs, Tapes/Records, Family Pictures | 100.00 | 0.00 | | 0.00 | FA |
| 5. Necessary Wearing Apparel. | 75.00 | 0.00 | | 0.00 | FA |
| 6. Earrings, Watch, Costume Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 7. Baxter Credit Union - 2006 Volkswagen Beetle | 8,475.00 | 0.00 | | 0.00 | FA |
| 8. Ford F-150 With 185,000 Miles | 408.00 | 0.00 | | 0.00 | FA |
| 9. Tax refund | 7,741.00 | 5,841.00 | | 5,841.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $158,949.00  $5,841.00  $5,841.00  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP # 9 -- 2011 tax refund

Initial Projected Date of Final Report (TFR): 02/23/2014    Current Projected Date of Final Report (TFR): 02/23/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-06806                                                Trustee Name: Joji Takada                    *Exhibit B*
Case Name: Troy Jerome Arneson                                  Bank Name: Congressional Bank
                                                                Account Number/CD#: XXXXXX7086
                                                                                    Checking Account

Taxpayer ID No: XX-XXX8351                                       Blanket Bond (per case limit):
For Period Ending: 12/19/2012                                   Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/16/12 | 9 | Troy Arneson | Non-exempt funds Non-exempt 2011 tax refund | 1129-000 | $500.00 | | $500.00 |
| 05/21/12 | 9 | Troy Arneson | Non-exempt funds Non-exempt 2011 tax refund | 1129-000 | $1,841.00 | | $2,341.00 |
| 06/15/12 | 9 | Troy Arneson 110 Mary Oswego, Illinois 60543 | Non-exempt funds 2011 tax refund | 1129-000 | $500.00 | | $2,841.00 |
| 07/18/12 | 9 | Troy Arneson | Non-exempt funds Non-exempt 2011 tax refund | 1129-000 | $500.00 | | $3,341.00 |
| 08/16/12 | 9 | Troy Arneson 110 Mary Street Oswego, Illinois 60543 | Non-exempt funds Non-exempt 2011 tax refund | 1129-000 | $500.00 | | $3,841.00 |
| 09/18/12 | 9 | Troy Arneson 110 Mary Street Oswego, Illinios 60543 | Non-exempt funds Partial payment for 2011 tax refund | 1129-000 | $500.00 | | $4,341.00 |
| 10/16/12 | 9 | Troy Arneson 110 Mary Street Oswego, Illinois 60543 | Settlement funds Installment payment re: non-exempt 2011 tax refund | 1129-000 | $500.00 | | $4,841.00 |
| 11/16/12 | 9 | Troy Arneson | Non-exempt funds Nonexempt tax refund | 1129-000 | $500.00 | | $5,341.00 |
| 12/13/12 | 9 | Troy Arneson 110 Mary Street Oswego, Illinois 60543 | Non-exempt funds | 1129-000 | $500.00 | | $5,841.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $5,841.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,841.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,841.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*

Page Subtotals:                                              $5,841.00                    $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7086 - Checking Account | $5,841.00 | $0.00 | $5,841.00 |
| | $5,841.00 | $0.00 | $5,841.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,841.00 |
| Total Gross Receipts: | $5,841.00 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-06806                                                    Date: December 19, 2012
Debtor Name: Troy Jerome Arneson
Claims Bar Date: 6/29/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Administrative | | $0.00 | $1,334.10 | $1,334.10 |
| 100 2200 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Administrative | | $0.00 | $0.00 | $0.00 |
| 1 300 7100 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $1,847.00 | $1,847.15 | $1,847.15 |
| 2 300 7100 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, Ca 92123 | Unsecured | | $1,986.00 | $1,588.10 | $1,588.10 |
| 3 300 7100 | N. A. Capital One Bank (Usa) Capital One Bank (Usa), N.A. By American Infosource Lp As Agent Po Box 71083 Charlotte, Nc 28272-1083 | Unsecured | | $2,022.00 | $2,089.59 | $2,089.59 |
| 4 300 7100 | Llc/Bank Of America Na Usa/ Fia Card Services Fia Card Services, Llc/Bank Of America Na Usa/ Mbna America Bank Na Po Box 15102 Wilmington, De 19886-5102 | Unsecured | | $4,945.00 | $4,945.22 | $4,945.22 |
| 5 300 7100 | Llc/Ge Money Portfolio Recovery Associates Portfolio Recovery Associates, Llc/Ge Money Bank/Select Comfort/Pra Recv Mgmt Llc Pob 41067 Norfolk Va 23541 | Unsecured | | $5,006.00 | $4,801.69 | $4,801.69 |
| 6 300 7100 | Asset Acceptance Llc Assignee Hsbc Bank Nevada, Na Po Box 2036 Warren, Mi 48090 | Unsecured | | $4,226.00 | $4,364.63 | $4,364.63 |
| | Case Totals | | | $20,032.00 | $20,970.48 | $20,970.48 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                        Printed: December 19, 2012

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-06806
Case Name: Troy Jerome Arneson
Trustee Name: Joji Takada

Balance on hand                                          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ | $ | $ |
| 2 | Midland Credit Management, Inc. | $ | $ | $ |
| 3 | N. A. Capital One Bank (Usa) | $ | $ | $ |
| 4 | Llc/Bank Of America Na Usa/ Fia Card Services | $ | $ | $ |
| 5 | Llc/Ge Money Portfolio Recovery Associates | $ | $ | $ |
| 6 | Asset Acceptance Llc | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE