# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-06806 |
| Troy Jerome Arneson | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |
| | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> 219 South Dearborn
> Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

> Date:
> Time: 9:15 A.M.
> Location: Joliet City Hall
> Second Floor
> 150 West Jefferson Street
> Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By:   _/s/ Joji Takada_____
                                                                Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
 §
Troy Jerome Arneson § Case No. 12-06806
 §
 Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,841.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,841.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 1,334.10 | $ 0.00 | $ 1,334.10 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,334.10 |
| Remaining Balance | | $ | 4,506.90 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,636.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 1,847.15 | $ 0.00 | $ 423.95 |
| 2 | Midland Credit Management, Inc. | $ 1,588.10 | $ 0.00 | $ 364.50 |
| 3 | N. A. Capital One Bank (Usa) | $ 2,089.59 | $ 0.00 | $ 479.60 |
| 4 | Llc/Bank Of America Na Usa/ Fia Card Services | $ 4,945.22 | $ 0.00 | $ 1,135.02 |
| 5 | Llc/Ge Money Portfolio Recovery Associates | $ 4,801.69 | $ 0.00 | $ 1,102.07 |
| 6 | Asset Acceptance Llc | $ 4,364.63 | $ 0.00 | $ 1,001.76 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,506.90 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
                                                                       Trustee

*Joji Takada*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-06806-BWB
Troy Jerome Arneson                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: lkorotko              Page 1 of 3              Date Rcvd: Jan 30, 2013
                               Form ID: pdf006             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2013.
db          +Troy Jerome Arneson,    110 Mary Street,    Oswego, IL 60543-9117
18525277    +AQUA Finance INC,    Attn: Bankruptcy Dept.,    1 Corporate Dr,    Wausau, WI 54401-1724
18525270    +American Finco,    Attn: Bankruptcy Dept.,    425 N Martingale Rd Ste,    Schaumburg, IL 60173-2207
18525278    +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
18525264    +BANK OF America, N.A.,    Attn: Bankruptcy Dept.,    450 American St,    Simi Valley, CA 93065-6285
18525259   ++BAXTER CREDIT UNION,    COLLECTION DEPARTMENT,    PO BOX 8133,    VERNON HILLS IL 60061-8133
             (address filed with court:  Baxter Credit Union,    Attn: Bankruptcy Dept.,
             400 North Lakeview Parkw,    Vernon Hills, IL 60061)
18525276    +Blatt, Hasenmiller, Leibsker,    2011 SC 1051,    125 S. Wacker Dr. Suite 400,
             Chicago, IL 60606-4440
18525274   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:  Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
             Richmond, VA 23285)
18525271    +CBNA,   Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
18525273    +CITI,   Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
18843872     Capital One Bank (USA), N.A.,     by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC 28272-1083
18525267    +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
18525268    +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
18879290     FIA Card Services, LLC/Bank of America NA USA/,     MBNA America Bank NA,    PO Box 15102,
             Wilmington, DE 19886-5102
18525261    +GE Money BANK  F.S.B.,    C/O Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
             Norfolk, VA 23502-4962
18525275    +Kendall County Clerk,    Doc#2011 SC 1051,    807 W. John St.,    Yorkville, IL 60560-9249
18525262    +Merchants Credit Guide,    Attn: Bankruptcy Dept.,    223 W Jackson Blvd Ste 4,
             Chicago, IL 60606-6908
18892489    +Portfolio Recovery Associates, LLC/GE Money,    Bank/Select Comfort/PRA Recv Mgmt LLC,    POB 41067,
             Norfolk VA 23541-1067
18525269    +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18936413    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 31 2013 02:16:35      Asset Acceptance LLC,
             assignee  HSBC  BANK NEVADA, NA,    PO Box 2036,    Warren, MI 48090-2036
18525259     E-mail/Text: dob@bcu.org Jan 31 2013 04:00:17      Baxter Credit Union,    Attn: Bankruptcy Dept.,
             400 North Lakeview Parkw,    Vernon Hills, IL 60061
18731799     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 31 2013 02:35:04      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18525272    +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 31 2013 02:35:04      Discover FIN SVCS LLC,
             Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
18525258    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 31 2013 02:16:35      HSBC  BANK Nevada  NA,
             C/O Asset Acceptance LLC,    Po Box 2036,    Warren, MI 48090-2036
18525260    +E-mail/Text: BKNOTICES@EAFLLC.COM Jan 31 2013 02:22:58      HSBC BANK Nevada  N.A.,
             C/O Equable Ascent Financi,    5 Revere Dr,    Northbrook, IL 60062-1566
18735309    +E-mail/Text: bankruptcydpt@mcmcg.com Jan 31 2013 02:16:46      Midland Credit Management, Inc.,
             8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18525265*    +BANK OF America, N.A.,    Attn: Bankruptcy Dept.,    450 American St,    Simi Valley, CA 93065-6285
18525263*    +Merchants Credit Guide,    Attn: Bankruptcy Dept.,    223 W Jackson Blvd Ste 4,
             Chicago, IL 60606-6908
18525266    ##+Diversified SVS Group,    Attn: Bankruptcy Dept.,    5800 E Thomas Rd Ste 107,
             Scottsdale, AZ 85251-7510
                                                                                            TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: lkorotko           Page 2 of 3              Date Rcvd: Jan 30, 2013
                              Form ID: pdf006          Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2013**              **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: lkorotko           Page 3 of 3            Date Rcvd: Jan 30, 2013
                              Form ID: pdf006          Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2013 at the address(es) listed below:

          Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
           jtakada@ecf.epiqsystems.com
          Joji  Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
          Kristin T Schindler    on behalf of Debtor Troy Jerome Arneson ndil@geracilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
           LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP ND-Two@il.cslegal.com
                                                                                                                    TOTAL: 5