UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
Troy Jerome Arneson § Case No. 12-06806
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Joji Takada, Chapter 7 Trustee , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on             . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BANK OF America, N.A. Attn: Bankruptcy Dept. 450 American St Simi Valley CA 93065 |  |  |  |  |  |
| 2 | BANK OF America, N.A. Attn: Bankruptcy Dept. 450 American St Simi Valley CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 Baxter Credit Union Attn: Bankruptcy Dept. 400 North Lakeview Parkw Vernon Hills IL 60061 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Finco Attn: Bankruptcy Dept. 425 N Martingale Rd Ste Schaumburg IL 60173 | | | | | |
| 10 | Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| 11 | GE Money BANK F.S.B. C/O Portfolio Recvry&Affil 120 Corporate Blvd Ste 1 Norfolk VA 23502 | | | | | |
| 12 | HSBC BANK Nevada NA C/O Asset Acceptance LLC Po Box 2036 Warren MI 48090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | HSBC BANK Nevada N.A. C/O Equable Ascent Financi 5 Revere Dr Northbrook IL 60062 | | | | | |
| 14 | Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | | | | |
| 15 | Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | | | | |
| 16 | Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| 2 | AQUA Finance INC Attn: Bankruptcy Dept. 1 Corporate Dr Wausau WI 54401 | | | | | |
| 3 | BANK OF America Attn: Bankruptcy Dept. Pob 17054 Wilmington DE 19884 | | | | | |
| 4 | Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5 CBNA Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | 6 CITI Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | 7 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | | | | |
| | 8 Diversified SVS Group Attn: Bankruptcy Dept. 5800 E Thomas Rd Ste 107 Scottsdale AZ 85251 | | | | | |
| | 9 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | Blatt, Hasenmiller, Leibsker 2011 SC 1051 125 S. Wacker Dr. Suite 400 Chicago IL 60606 | | | | | |
| | Kendall County Clerk Doc#2011 SC 1051 807 W. John St. Yorkville IL 60560 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Asset Acceptance Llc | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 4 | Llc/Bank Of America Na Usa/ Fia Card Services | | | | | |
| 5 | Llc/Ge Money Portfolio Recovery Associates | | | | | |
| 2 | Midland Credit Management, Inc. | | | | | |
| 3 | N. A. Capital One Bank (Usa) | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-06806 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Troy Jerome Arneson | | | | Date Filed (f) or Converted (c): | 02/23/2012 (f) |
| | | | | | 341(a) Meeting Date: | 03/19/2012 |
| For Period Ending: | 07/02/2013 | | | | Claims Bar Date: | 06/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 110 Mary Street Oswego, Il 60543 - (Debtors Primary Residenc | 140,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account With Bank Of America | 100.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods; Tv, Dvd Player, Tv Stand, Stereo, Sofa, Vac | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Books, Compact Discs, Tapes/Records, Family Pictures | 100.00 | 0.00 | | 0.00 | FA |
| 5. Necessary Wearing Apparel. | 75.00 | 0.00 | | 0.00 | FA |
| 6. Earrings, Watch, Costume Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 7. Baxter Credit Union - 2006 Volkswagen Beetle | 8,475.00 | 0.00 | | 0.00 | FA |
| 8. Ford F-150 With 185,000 Miles | 408.00 | 0.00 | | 0.00 | FA |
| 9. Tax refund | 7,741.00 | 5,841.00 | | 5,841.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $158,949.00 | $5,841.00 | | $5,841.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

0512 to 1212--Debtor has made $500 monthly payments to repay non-exempt tax refund to estate.
121912--Draft TFR submitted to UST.

RE PROP #     9   --   2011 tax refund

Initial Projected Date of Final Report (TFR): 02/23/2014     Current Projected Date of Final Report (TFR): 02/23/2014

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-06806 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Troy Jerome Arneson | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX7086 |
| | Checking Account |
| Taxpayer ID No: XX-XXX8351 | Blanket Bond (per case limit): |
| For Period Ending: 07/02/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/16/12 | 9 | Troy Arneson | Non-exempt funds<br>Non-exempt 2011 tax refund | 1129-000 | $500.00 | | $500.00 |
| 05/21/12 | 9 | Troy Arneson | Non-exempt funds<br>Non-exempt 2011 tax refund | 1129-000 | $1,841.00 | | $2,341.00 |
| 06/15/12 | 9 | Troy Arneson<br>110 Mary<br>Oswego, Illinois 60543 | Non-exempt funds<br>2011 tax refund | 1129-000 | $500.00 | | $2,841.00 |
| 07/18/12 | 9 | Troy Arneson | Non-exempt funds<br>Non-exempt 2011 tax refund | 1129-000 | $500.00 | | $3,341.00 |
| 08/16/12 | 9 | Troy Arneson<br>110 Mary Street<br>Oswego, Illinois 60543 | Non-exempt funds<br>Non-exempt 2011 tax refund | 1129-000 | $500.00 | | $3,841.00 |
| 09/18/12 | 9 | Troy Arneson<br>110 Mary Street<br>Oswego, Illinios 60543 | Non-exempt funds<br>Partial payment for 2011 tax refund | 1129-000 | $500.00 | | $4,341.00 |
| 10/16/12 | 9 | Troy Arneson<br>110 Mary Street<br>Oswego, Illinois 60543 | Settlement funds<br>Installment payment re: non-exempt 2011 tax refund | 1129-000 | $500.00 | | $4,841.00 |
| 11/16/12 | 9 | Troy Arneson | Nonexempt funds<br>Nonexempt tax refund | 1129-000 | $500.00 | | $5,341.00 |
| 12/13/12 | 9 | Troy Arneson<br>110 Mary Street<br>Oswego, Illinois 60543 | Non-exempt funds | 1129-000 | $500.00 | | $5,841.00 |
| 02/12/13 | | Transfer to Acct # xxxxxx8414 | Transfer of Funds | 9999-000 | | $5,841.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $5,841.00 | $5,841.00 |
| Less: Bank Transfers/CD's | $0.00 | $5,841.00 |
| Subtotal | $5,841.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,841.00 | $0.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Page Subtotals: $5,841.00 $5,841.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-06806  
Case Name: Troy Jerome Arneson  
Taxpayer ID No: XX-XXX8351  
For Period Ending: 07/02/2013  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX8414  
Checking  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 |  | Transfer from Acct # xxxxxx7086 | Transfer of Funds | 9999-000 | $5,841.00 |  | $5,841.00 |
| 03/13/13 | 100001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 |  | $1,334.10 | $4,506.90 |
| 03/13/13 | 100002 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution to claim 1 representing a payment of 22.95 % per court order. | 7100-000 |  | $423.95 | $4,082.95 |
| 03/13/13 | 100003 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, Ca 92123 | Final distribution to claim 2 representing a payment of 22.95 % per court order. | 7100-000 |  | $364.50 | $3,718.45 |
| 03/13/13 | 100004 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 3 representing a payment of 22.95 % per court order. | 7100-000 |  | $479.60 | $3,238.85 |
| 03/13/13 | 100005 | Llc/Bank Of America Na Usa/ Fia Card Services<br>Fia Card Services, Llc/Bank Of America Na Usa/<br>Mbna America Bank Na<br>Po Box 15102<br>Wilmington, De 19886-5102 | Final distribution to claim 4 representing a payment of 22.95 % per court order. | 7100-000 |  | $1,135.02 | $2,103.83 |
| 03/13/13 | 100006 | Llc/Ge Money Portfolio Recovery Associates<br>Portfolio Recovery Associates, Llc/Ge Money<br>Bank/Select Comfort/Pra Recv Mgmt Llc<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 5 representing a payment of 22.95 % per court order. | 7100-000 |  | $1,102.07 | $1,001.76 |
| 03/13/13 | 100007 | Asset Acceptance Llc<br>Assignee Hsbc Bank Nevada, Na<br>Po Box 2036<br>Warren, Mi 48090 | Final distribution to claim 6 representing a payment of 22.95 % per court order. | 7100-000 |  | $1,001.76 | $0.00 |

| | | | COLUMN TOTALS | | $5,841.00 | $5,841.00 |
| | | | Less: Bank Transfers/CD's | | $5,841.00 | $0.00 |
| | | | Page Subtotals: | | $5,841.00 | $5,841.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

| | | |
|---|---:|---:|
| Subtotal | $0.00 | $5,841.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $5,841.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7086 - Checking Account | $5,841.00 | $0.00 | $0.00 |
| XXXXXX8414 - Checking | $0.00 | $5,841.00 | $0.00 |
|  | $5,841.00 | $5,841.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $5,841.00 |
| Total Gross Receipts: | $5,841.00 |

Page Subtotals: $0.00 $0.00